IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SMA MEDICAL LABORATORIES,<br>Plaintiff,<br><br>v.<br><br>ADVANCED CLINICAL LABORATORY<br>SOLUTIONS, INC, and<br>LEONID REYFMAN, M.D.,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-3777 |

## O R D E R

**AND NOW**, this 11th day of July, 2018, upon consideration of the Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2), (3) and (6) or, in the Alternative, to Transfer the Action Pursuant to 28 U.S.C § 1404(a), filed by defendants Advanced Clinical Laboratory Solutions, Inc., and Leonid Reyfman (Document No. 16, filed December 18, 2017), plaintiff SMA Medical Laboratories' Memorandum of Law in Opposition to Defendants Advanced Clinical Laboratory Solutions, Inc., and Leonid Reyfman's Motion to Dismiss (Document No. 18, filed January 26, 2018), and defendants' Reply Memorandum in Support of Defendants' Motion (Document No. 19, filed February 16, 2018), for the reasons stated in the accompanying Memorandum dated July 11, 2018, **IT IS ORDERED** that defendants' Motion to Transfer the Action Pursuant to 28 U.S.C § 1404(a) is **GRANTED**. This case is **TRANSFERRED** to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Eastern District of Pennsylvania shall provide the complete file in this case to the United States District Court for the Eastern District of New York.

**IT IS FURTHER ORDERED** that defendants' Alternative Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2) and (3) for lack of personal jurisdiction and improper venue is **DENIED AS MOOT**. The Court takes no action with respect to defendants' Alternative Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED.**

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.